Eric W. Bloom (*Pro Hac Vice Pending*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Telephone:   (202) 282-5000
Facsimile:   (202) 282-5100
ebloom@winston.com

C. MacNeil Mitchell (*Pro Hac Vice Pending*)
WINSTON & STRAWN LLP
200 Park Avenue
Ne York, NY 10166
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400
cmitchell@winston.com

Richard A. Lapping (SBN: 107496)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400
rlapping@winston.com

Attorneys for Applicant,
THE REPUBLIC OF ECUADOR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of: | Case No. C-10-80225 MISC CRB (EMC) |
| THE REPUBLIC OF ECUADOR, | **STIPULATION TO ACCEPT SERVICE OF PROCESS AND FOR BRIEFING SCHEDULE FOR MOTION TO QUASH ORDER** |
| Applicant, | |
| For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents In a Foreign Proceeding Pursuant to 28 U.S.C. § 1782. | Date:  November 3, 2010<br>Time:  3:00 p.m.<br>Place: Courtroom C, 15th Floor<br>         450 Golden Gate Avenue<br>         San Francisco, California |

The Republic of Ecuador, by and through its counsel, Winston & Strawn LLP, and Diego Fernando Borja Sánchez, also known as Diego Borja ("Borja"), by and through his counsel, Arguedas, Cassman & Headley, LLP, hereby stipulate to the following:

1. Arguedas, Cassman & Headley, LLP, on behalf of Borja, hereby accepts service and acknowledges receipt of the Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action issued in the above referenced case pursuant to the Court's ORDER GRANTING REPUBLIC OF ECUADOR'S EX PARTE APPLICATION FOR THE ISSUANCE OF A SUBPOENA dated September 15, 2010 (the "Subpoena").

2. Borja shall file and serve his motion to quash the Subpoena ("Motion to Quash") no later than October 6, 2010.

3. The briefing schedule and hearing date for the Motion to Quash shall be as follows:

| | |
|---|---|
| October 6, 2010 | Borja's Motion to Quash |
| October 20, 2010 | Republic of Ecuador's Opposition |
| October 27, 2010 | Borja's Reply |
| November 10, 2010 | Hearing at 3:00 p.m. or at such other date or time set by the Court. |

4. The current date set for the deposition and production of documents pursuant to the Subpoena, October 1, 2010 at 9:30 a.m., shall be changed to a date at the same time and location that is not more than 28 days (unless otherwise agreed to by the mutual consent of the parties) following the entry of an order denying the Motion to Quash, with documents allowed by such order to be produced to Winston & Strawn LLP not later than 14 days after entry of such order.

/////
/////
/////
/////
/////
/////

5. Should Borja fail to file the Motion to Quash as stipulated, then the documents responsive to the Subpoena shall be produced to Winston & Strawn no later than October 13, 2010 and the deposition shall commence on October 27, 2010 at 9:30 a.m. at the San Francisco offices of Winston & Strawn LLP.

Dated: September 24, 2010                         WINSTON & STRAWN LLP


By:  /s/  Richard A. Lapping
     Eric W. Bloom
     C. MacNeil Mitchell
     Richard A. Lapping

     Attorneys for Applicant
     The Republic of Ecuador

Dated: September 24, 2010                         ARGUEDAS, CASSMAN & HEADLEY, LLP


By:  /s/  Michael W. Anderson
     Cristina Arguedas
     Michael W. Anderson

     Attorneys for
     Diego Fernando Borja Sánchez

IT IS SO ORDERED.

Dated:  9/28/10


_____
EDWARD M. CHEN
United States Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen*