Cristina C. Arguedas (CSB 87787)
Ted W. Cassman (CSB 98932)
Michael W. Anderson (CSB 232525)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:   (510) 845-3003

*Attorneys for Movant Diego Borja*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of: | Case No. 10-MC-80225 CRB (EMC) |
| THE REPUBLIC OF ECUADOR, | |
| Applicant, | SUPPLEMENTAL DECLARATION OF MICHAEL W. ANDERSON IN SUPPORT OF DIEGO BORJA'S MOTION TO QUASH |
| For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents in a Foreign Proceeding Under 28 U.S.C. § 1782. | |

I, Michael W. Anderson, of full age, do hereby declare under penalty of perjury that the foregoing is true and correct:

1. I am an attorney in the firm of Arguedas, Cassman & Headley LLP, attorneys for Movant Diego Borja. I am an attorney in good standing and duly admitted to practice before the courts of the state of California and before the United States District Court for the District of Northern California.

2. Attached as Exhibit A hereto is an accurate copy of the decision of the Ecuadorian Judiciary Council concerning the removal of Judge Nuñez, together with a certified English translation of the decision.

3. Attached as Exhibit B hereto is an accurate copy of an opinion filed in *In re Application of Chevron Corp. et al.*, 10-MC-00002 (LAK), in the Southern District of New York, on November 5, 2010.

Dated: November 8, 2010        By: /s/ Michael W. Anderson
                                                      Michael W. Anderson
                                                      ARGUEDAS, CASSMAN & HEADLEY LLP
                                                      *Attorneys for Movant Diego Borja*
                                                      803 Hearst Avenue
                                                      Berkeley, CA 94710
                                                      (510) 845-3000