**United States District Court**
For the Northern District of California

1

2

3

4

5 UNITED STATES DISTRICT COURT

6 NORTHERN DISTRICT OF CALIFORNIA

7

8 IN RE:  THE REPUBLIC OF ECUADOR,                    Case No. CV10-80225 MISC CRB (EMC)
                                                                                    (related cases)
9                    Applicant,

10 For the Issuance of a Subpoena for the Taking
of a Deposition and the Production of
11 Documents in a Foreign Proceeding Pursuant
to 28 U.S.C. § 1782.
12 _____/

13 In re Application of:                                              Case No. CV10-80324 MISC CRB (EMC)
                                                                                    (related cases)
14 Daniel Carlos Lusitand Yaiguaje, et al.,

15                    Applicants,

16            v.                                                      **ORDER RESCHEDULING HEARING ON
                                                                      APPLICANT'S MOTION TO COMPEL**
17 For the issuance of Subpoenas for the Taking
of Depositions and the Production of
18 Documents in a Foreign Proceeding Pursuant
to 28 U.S.C. Sec. 1782.
19 _____/

20

21      The hearing in Case No. C-10-80225 scheduled for February 2, 2011 pursuant to a prior Order of

22 this Court (Docket No. 64) is hereby **reset** for **February 16, 2011 at 3:00 p.m.**  The Court will hear

23 argument regarding Applicant's Motion to Compel (Docket No. 49) as well as Diego Borja's Motion

24 for Reconsideration (Docket No. 40) on that date.  The Court will also hear argument on the

25 Application  for an Order pursuant to 28 U.S.C. § 1782 in Case No. C-10-80324 on that date.  The

26 briefing deadlines for Case No. C-10-80324 are as follows:  Borja's opposition brief due no later

27 ///

28 ///

**United States District Court**

For the Northern District of California

1   than 4:00 p.m. on February 2, 2011.  Reply brief due no later than 4:00 p.m. on Monday, February 7,

2   2011.

3        IT IS SO ORDERED.

4

5   Dated:  January 26, 2011

6

7        _____
         EDWARD M. CHEN
         United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28