Cristina C. Arguedas (CSB 87787)
Ted W. Cassman (CSB 98932)
Michael W. Anderson (CSB 232525)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

*Attorneys for Movant Diego Borja*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of:<br><br>THE REPUBLIC OF ECUADOR,<br><br>    Applicant,<br><br>For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents in a Foreign Proceeding Under 28 U.S.C. § 1782.<br>_____ | Case No. 10-MC-80225 CRB (EMC) |
| In re Application of:<br><br>Daniel Carlos Lusitand Yaiguaje, et al.,<br><br>    Applicants,<br><br>For the Issuance of a Subpoena for the Taking of Depositions and the Production of Documents in a Foreign Proceeding Under 28 U.S.C. § 1782.<br>_____ | Case No. 10-MC-80324 CRB (EMC)<br>(Related case) |

**[PROPOSED] STIPULATION AND ORDER GOVERNING DISCLOSURE
OF DOCUMENTS PURSUANT TO RULE 502
OF THE FEDERAL RULES OF EVIDENCE**

**THE PARTIES HEREBY STIPULATE** to the following:

(1) The purpose of this order is to facilitate the production to the Republic of Ecuador and the Procuraduría General del Estado ("Applicants") by Diego Borja and his counsel ("Borja") of certain documents identified as privileged by Borja in his privilege log submitted in this discovery action.

(2) The parties agree that Borja's act of producing any documents that are identified as privileged in his privilege log shall not constitute a waiver by Borja of any privileges that Borja asserted in the privilege log.  This agreement is to be interpreted to provide the greatest protection to Borja allowed by Federal Rule of Evidence 502, or otherwise permitted by law.  This agreement does not, however, increase Borja's rights or protection beyond that which existed prior to the disclosure of the Documents.

(3) The parties agree that this Stipulation will constitute a binding agreement pursuant to Federal Rule of Evidence 502(d) and 502(e), and that Applicants will maintain the confidentiality of the Documents pursuant to the Court's Protective Order of February 25, 2011 (Dkt. No. 92).

**SO STIPULATED:**

Dated: March 6, 2011          By:    /s/_____

                                     Michael W. Anderson
                                     Arguedas, Cassman & Headley LLP
                                     Counsel for Diego Borja

Dated: March 6, 2011          By:    /s/_____
                                     Eric Bloom
                                     Winston and Strawn
                                     Counsel for Applicants

**IT IS SO ORDERED.**

Dated: 3/7/11

Mag.



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA