David W. Shapiro (SBN 219265)
dshapiro@bsfllp.com
Maxwell V. Pritt (SBN 253155)
mpritt@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone:   (510) 874-1000
Facsimile:    (510) 874-1460

Robert A. Mittelstaedt (SBN 60359)
ramittelstaedt@jonesday.com
Caroline N. Mitchell (SBN 143124)
cnmitchell@jonesday.com
David Wallach (SBN 233432)
dwallach@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for
CHEVRON CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re* Application of:<br><br>**THE REPUBLIC OF ECUADOR,**<br><br>Applicant,<br><br>For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782<br><br>**AND RELATED CASES** | Case No. CV 10-80225 MISC CRB (EMC)<br>[Related Case CV 10-80324 MISC CRB (EMC) and CV 11-80087 MISC CRB (EMC)]<br><br>**CHEVRON CORPORATION'S NOTICE OF MOTION AND MOTION TO INTERVENE AND RESPONSE TO THE REPUBLIC OF ECUADOR'S MOTION TO COMPEL PRODUCTION OF ELECTRONICALLY STORED DOCUMENTS** |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 15, 2011, at 10:30 a.m., or as soon thereafter as the matter may be heard, before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, Chevron Corporation will and hereby do move the Court, pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, to intervene in the motion to compel brought by the Republic of Ecuador against Diego Borja, to protect Chevron's and its attorneys' work product and to protect the contact information of its employees and agents.

This motion is based upon this Notice of Motion, the accompanying Motion to Intervene and Response to the Republic of Ecuador's Motion to Compel Production of Electronically Stored Documents, the meet and confer conference and emails with the parties, the Certification of David Shapiro, the Declaration of Christina Seki and exhibits thereto, the complete files and records in this and related cases, oral argument of counsel, and such other and further matters as the Court may consider in ruling on this motion.

Dated:  May 11, 2011                                    Respectfully submitted,

                                                        BOIES, SCHILLER & FLEXNER LLP

                                                        By: /s/ David W. Shapiro
                                                            David W. Shapiro
                                                            Counsel for
                                                            CHEVRON CORPORATION