Cristina C. Arguedas (CSB 87787)
Ted W. Cassman (CSB 98932)
Michael W. Anderson (CSB 232525)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

*Attorneys for Respondent*
*DIEGO BORJA*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Application of: | |
| THE REPUBLIC OF ECUADOR, | Case No.  10-MC-80225 CRB (EMC) |
| Applicant, | |
| For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents in a Foreign Proceeding Under 28 U.S.C. § 1782. | [~~PROP~~OSED] ORDER GRANTING PARTIES' JOINT STIPULATION TO ENLARGE TIME. |

**[~~PROP~~OSED] ORDER**

The parties having stipulated to an extension of time to file documents in response to Applicant Republic of Ecuador's Motion to Compel Production of Electronically Stored Documents and Intervenor Chevron's Motion to Intervene, it is hereby **ORDERED** that:

1.  Mr. Borja shall file his Opposition to the Motion to Compel on or before **May 31, 2011**.

2.  The ROE shall file its Opposition to the Motion to Intervene on or before **May 31, 2011**.

3.  The ROE shall file its Reply in Support of the Motion to Compel on or before

1    **June 9, 2011**.

2    4.   Chevron shall file its Reply in Support of the Motion to Intervene on or before
3         **June 9, 2011**.

4    5.   ~~A hearing on this matter shall be held on June ____, 2011 at _____~~
          will be set by another magistrate judge once reassignment of this case is completed.

     Dated: May 24, 2011
     _____       _____
                                           EDWARD M. CHEN
                                           United States District Judge

     *IT IS SO ORDERED AS MODIFIED*
     Judge Edward M. Chen

---

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ENLARGE TIME,** *IN RE APPLICATION OF THE REPUBLIC OF ECUADOR* **10-MC-80225** (CRB) (EMC)                                       2