IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: APPLICATION OF THE REPUBLIC OF EQUADOR,<br><br>      Plaintiff,<br>_____/<br>related case<br>In re: APPLICATION OF<br>DANIEL CARLOS LUSITAND YAIGUAGE<br><br>      Plaintiff,<br>_____/ | No. 10-mc-80225 CRB<br><br><br><br><br>No. 10-mc-80324 CRB<br><br>**ORDER** |

It is hereby ordered that the referral orders to a magistrate judge for all discovery purposes is vacated. All hearings currently noticed are to be renoticed before the Honorable Charles R. Breyer for July 1, 2011 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: May 27, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

N:\pdf docs\80225equador.wpd