IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>The Republic of Ecuador | Case Number 3:10-MC-80225 CRB (NC)<br><br>**ORDER APPROVING PROTOCOL FOR PRODUCTION OF ELECTRONIC INFORMATION**<br><br>Re: Docket Nos. 167, 172 |

The Republic of Ecuador and Diego Garcia Carrion moved to compel Diego Fernando Borja to produce for forensic analysis all electronic storage media he used from January 1, 2009 until January 31, 2011. Dkt. No. 112. The District Court granted the motion on July 5, 2011. Dkt. No. 164. The parties submitted a joint proposed protocol for implementing the production of electronically stored information. Dkt. No. 167. The Court approves the proposed protocol and the third-party forensic analyst nominated by the Republic of Ecuador.

IT IS SO ORDERED.

DATED: September 9, 2011

NATHANAEL M. COUSINS
United States Magistrate Judge