IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

The Republic of Ecuador

Case Number 3:10-MC-80225 CRB (NC)

**ORDER SETTING STATUS CONFERENCE**

Re: Docket Nos. 165-67, 172-74

As this Court mistakenly considered the proposal by The Republic of Ecuador (Dkt. No. 167) as a joint proposal, the Motion for Reconsideration (Dkt. No. 174) filed by Diego Borja and Sara Portilla is GRANTED and the Order Approving Protocol (Dkt. No. 173) is WITHDRAWN.

As requested by Applicants (Dkt. No. 172), the Court will hold a telephonic status conference at 1:00 p.m. on September 21, 2011 to address the proposed procedures for review of electronically stored information (Dkt. Nos. 165, 166, and 167).

IT IS SO ORDERED.

DATED: September 13, 2011

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 3:10-MC-80225 CRB (NC)
ORDER SETTING STATUS CONFERENCE